IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM SNYDER, | § | |
| | § | |
| *Plaintiff,* | § | SA-20-CV-00417-JKP |
| | § | |
| vs. | § | |
| | § | |
| C R BARD INCORPORATED, BARD | § | |
| PERIPHERAL VASCULAR | § | |
| INCORPORATED, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion to Withdraw Richard B. North, Jr. as Counsel of Record [#10]. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion to Withdraw Richard B. North, Jr. as Counsel of Record [#10] is **GRANTED**.

**IT IS FURTHER ORDERED** that Richard B. North, Jr. of Nelson Mullins Riley & Scarborough LLP, Atlantic Station, 201 17th St. NW, Suite 1700, Atlanta, GA 30363, is hereby withdrawn as attorney of record for Defendants.

**IT IS FURTHER ORDERED** that Elizabeth C. Helm of Nelson Mullins Riley & Scarborough LLP, Atlantic Station, 201 17th St. NW, Suite 1700, Atlanta, GA 30363, will remain as lead counsel for Defendants.

**IT IS FURTHER ORDERED** that Melissa D. Matthews of Hartline Barger, LLP, 8750 N. Central Expy, Ste. 1600, Dallas, Texas 75231, will remain as Texas local counsel for Defendants.

**IT IS SO ORDERED.**

SIGNED this 6th day of April, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE