IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM SNYDER, | § § | |
| *Plaintiff,* | § § § | SA-20-CV-00417-JKP |
| vs. | § § § | |
| C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED, | § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings pursuant to Western District of Texas Local Rule CV-72 and Appendix C [#7]. On October 22, 2020, the Court received the parties' Notice of Settlement and Joint Motion to Stay Case [#23], informing the Court that they have reached an agreement in principle that will resolve Plaintiff's claims in this lawsuit. The filing also asks the Court to continue all deadlines and hearings and to stay the case for 120 days as the parties negotiate the settlement documents and finalize the settlement. The Court will grant the motion.

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Stay Case [#23] is **GRANTED**.

**IT IS FURTHER ORDERED** that all proceedings, including discovery and all pretrial deadlines, are **STAYED** for **120 days** pending Plaintiff's dismissal of this suit.

**IT IS FINALLY ORDERED** that if a dismissal has not been filed at the end of **120 days**, the parties shall file a joint status report regarding the status of settlement.

**IT IS SO ORDERED.**

SIGNED this 23rd day of October, 2020.

_____
*ELIZABETH S. ("BETSY") CHESTNEY*
*UNITED STATES MAGISTRATE JUDGE*