IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM SNYDER, | § § § | |
| *Plaintiff,* | § § | SA-20-CV-00417-JKP |
| vs. | § § § | |
| C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED, | § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is the parties' Joint Motion for Extension of Stay and Status Report [#25]. By their motion, the parties ask the Court to extend the stay of this case for an additional 90 days to provide them with more time to finalize the settlement of the 350 cases resolving this matter. The Court will grant the motion.

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Extension of Stay and Status Report [#25] is **GRANTED**.

**IT IS FURTHER ORDERED** that the October 23, 2020 Stay is extended and all proceedings, including discovery and all pretrial deadlines, are **STAYED** for **90 days** pending Plaintiff's dismissal.

**IT IS FINALLY ORDERED** that if a dismissal has not been filed at the end of the 90-day stay (on or before **May 19, 2021**), the Parties shall file a Joint Status Report regarding the status of the settlement.

**IT IS SO ORDERED.**

SIGNED this 18th day of February, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE